# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY DANIELS MORAGA,
                    Appellant,

vs.

SGT. JAMES DONNELLY; JARRETT
ZACHARIAS; JOSEPH MAINWARING;
S.L. FOSTER; AND WARDEN SANDIE,
                    Respondents.

No. 75227

FILED

AUG 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has filed, in pro se, a motion to dismiss this appeal. Cause appearing, we grant the motion and order this appeal dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jim C. Shirley, District Judge
        Roy Daniels Moraga
        Attorney General/Carson City
        Pershing County Clerk

18-32175